IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

TIEMEYER FLEMING,

Defendant

NO. 5: 07-CR-6 (CAR)

RE: VIOLATION OF CONDITIONS OF RELEASE

# O R D E R

The government has heretofore filed a PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE alleging that defendant TIEMEYER FLEMING violated conditions of release by using marijuana and cocaine on or about March 27, May 7, and May 11, 2007. Defendant FLEMING this day appeared before the undersigned for a hearing on the government's motion; he was represented by Mr. Scott C. Huggins of the Macon Bar. The government was represented by Assistant U. S. Attorney Michael T. Solis.

Based on the admission of the defendant, as well as statements of counsel for the defendant and counsel for the government and U. S. Probation Officer Tony W. Elder, the undersigned finds that defendant FLEMING has violated conditions of pretrial release as alleged in numbered paragraph 1. of the PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE.

Accordingly, IT IS ORDERED AND DIRECTED:

(1) that disposition of this matter be, and it is, **CONTINUED** until further order of the court;

(2) that, in the meantime,

>(a) defendant FLEMING shall be **released from custody** and shall continue under pretrial supervision subject to all of the conditions heretofore imposed upon him;
>
>(b) that defendant FLEMING is specifically ordered to refrain from the use of illegal drugs and to submit to drug testing as directed by the U. S. Probation Office;
>
>(c) that defendant FLEMING is specifically ordered to attend drug treatment and counseling as directed by the Probation Office;
>
>(d) that defendant FLEMING is specifically ordered to report to his pretrial service/probation officer as directed and keep the U. S. Probation Office informed of his whereabouts; and,
>
>(e) that defendant FLEMING'S probation officer shall **immediately** notify the court if defendant FLEMING fails to abide by the above-stated orders and/or any other provisions of the Order of Pretrial Release.

**IN THE EVENT OF <u>REPORTED</u> VIOLATIONS, THE COURT WILL IMMEDIATELY ENTER AN ORDER REVOKING MR. FLEMING'S ORDER OF PRETRIAL RELEASE AND REMAND HIM TO THE CUSTODY OF THE U. S. MARSHAL *<u>WITHOUT FURTHER HEARING</u>*, BASED SOLELY UPON THE VIOLATIONS THIS DAY FOUND BY THE COURT.**

SO ORDERED AND DIRECTED, this 27th day of JUNE, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE