IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| VS. | NO. 5: 07-CR-6 (CAR) |
| TIEMEYER FLEMING, | RE: VIOLATION OF CONDITIONS OF RELEASE |
| Defendant | |

## ORDER OF REVOCATION AND DETENTION

Defendant TIEMEYER FLEMING, represented by legal counsel Mr. Scott C. Huggins of the Macon Bar, on June 27, 2007, appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer Tony W. Elder, Jr. on June 6, 2007. The government was represented by Assistant U.S. Attorney Michael T. Solis. The defendant admitted the violations set forth in Mr. Elder's petition; the court found him to be in violation of conditions of pretrial release imposed upon him on February 8, 2007, but continued disposition until further order of court. Based upon the admissions made by defendant FLEMING on June 27th, the court now enters this disposition:

**IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered February 8, 2007, be, and it is, **REVOKED** and that the defendant be taken into custody and DETAINED **without further hearing** based upon the findings heretofore made on June 27th. The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending disposition of his case. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 11th day of JULY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE